IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jaco, Ustad A

Printed: 11/13/07

Case Number: 07 B 05279
Judge: Hollis, Pamela S
Filed: 3/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 1, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 662.20 |
| Trustee Fee: |  | 37.80 |
| Other Funds: |  | 0.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,638.50 | 662.20 |
| 2. | Countrywide Home Loans Inc. | Secured | 12,000.00 | 0.00 |
| 3. | Nicor Gas | Unsecured | 890.99 | 0.00 |
| 4. | MRSI | Unsecured | 890.02 | 0.00 |
| 5. | Fairlane Credit L.L.C. | Unsecured | 19,563.61 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 7,881.41 | 0.00 |
| 7. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 8. | Department of Veteran Affairs | Unsecured | | No Claim Filed |
| 9. | F&W LLC | Unsecured | | No Claim Filed |
| 10. | Medical Collections | Unsecured | | No Claim Filed |
| 11. | MRSI | Unsecured | | No Claim Filed |
| 12. | State Collection Service | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,864.53 | $ 662.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 37.80 |
|  | _____ |
|  | $ 37.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jaco, Ustad A

Printed:  11/13/07

Case Number:  07 B 05279
Judge:  Hollis, Pamela S
Filed:  3/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_